## Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **NewRez LLC d/b/a Shellpoint Mortgage Servicing** | **Court claim no.** (if known): | **13** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **3922** | **Date of payment change:** Must be at least 21 days after date of this notice | **05/01/2020** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$426.37** |

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment: $354.43**     **New escrow payment: $134.94**

### Part : 2  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**                                   **New interest rate:**
   **Current Principal and interest payment:**   **New principal and interest payment:**

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:
   **Current mortgage payment:**                        **New mortgage payment:**

| Debtor 1 | Kasandra Jackson | | | Case number (if known) | 16-31350-jda |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Christopher Giacinto     Date 04/10/2020
Signature

| Print: | Christopher Giacinto | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlawgroup.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION**

IN RE: Kasandra Jackson  Case No: 16-31350-jda
 Chapter 13
     Debtors(s)
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this the 10th day of April, 2020, a true and correct copy of the foregoing was served by U.S., First Class, and/or electronic transmission to:

Debtor
Kasandra Jackson
3305 Chicago Blvd.
Flint, MI 48503

Attorney
George E. Jacobs
Bankruptcy Law Offices
2425 S. Linden Road
Suite C
Flint, MI 48532

Trustee
Carl Bekofske
400 N. Saginaw Street
Suite 331
Flint, MI 48502

        /S/ Christopher Giacinto

        _____
        CHRISTOPHER GIACINTO
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        bkcrm@padgettlaw.net
        *Authorized Agent for Creditor*



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107

Analysis Date:  
Loan:  
Property Address:  
3305 CHICAGO BLVD  
FLINT, MI 48503

March 19, 2020

KASANDRA JACKSON
3305 CHICAGO BLVD
FLINT MI 48503

### Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective May 01, 2020 | Prior Esc Pmt | January 01, 2020 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $291.43 | $291.43 | P & I Pmt: | $291.43 | Due Date: | April 01, 2020 |
| Escrow Pmt: | $354.43 | $134.94 | Escrow Pmt: | $354.43 | Escrow Balance: | $236.14 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $354.43 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $42.99 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $645.86 | $426.37 | Total Payment: | $645.86 | Anticipated Escrow Balance: | $547.58 |

| Shortage/Overage Information | Effective May 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $1,508.40 |
| Required Cushion | $222.74 |
| Required Starting Balance | $1,102.16 |
| Escrow Shortage | -$554.58 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 222.74. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 251.40 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Nov 2019 to Apr 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | (1,867.69) |
| Nov 2019 | | 708.86 | | * | | 0.00 | (1,158.83) |
| Nov 2019 | | | | 14.33 * | PMI | 0.00 | (1,173.16) |
| Dec 2019 | | 354.43 | | * | | 0.00 | (818.73) |
| Dec 2019 | | | | 122.91 * | City Tax | 0.00 | (941.64) |
| Dec 2019 | | | | 14.33 * | PMI | 0.00 | (955.97) |
| Jan 2020 | | 354.43 | | * | | 0.00 | (601.54) |
| Jan 2020 | | | | 14.33 * | PMI | 0.00 | (615.87) |
| Jan 2020 | | | | 14.33 * | PMI | 0.00 | (630.20) |
| Feb 2020 | | 354.43 | | * | | 0.00 | (275.77) |
| Feb 2020 | | 354.43 | | * | | 0.00 | 78.66 |
| Feb 2020 | | | | 196.95 * | Escrow Disbursement | 0.00 | (118.29) |
| Mar 2020 | | 354.43 | | * | | 0.00 | 236.14 |
| | | | | | Anticipated Transactions | 0.00 | 236.14 |
| Feb 2020 | | P | | 14.33 | PMI | | 221.81 |
| Mar 2020 | | P | | 14.33 | PMI | | 207.48 |
| Apr 2020 | | 354.43 P | | 14.33 | PMI | | 547.58 |
| | $0.00 | $2,835.44 | $0.00 | $420.17 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: March 19, 2020
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 547.58 | 1,102.16 |
| May 2020 | 125.70 | 14.33 | PMI | 658.95 | 1,213.53 |
| Jun 2020 | 125.70 | 14.33 | PMI | 770.32 | 1,324.90 |
| Jul 2020 | 125.70 | 1,213.53 | City Tax | (317.51) | 237.07 |
| Jul 2020 | | 14.33 | PMI | (331.84) | 222.74 |
| Aug 2020 | 125.70 | 14.33 | PMI | (220.47) | 334.11 |
| Sep 2020 | 125.70 | 14.33 | PMI | (109.10) | 445.48 |
| Oct 2020 | 125.70 | 14.33 | PMI | 2.27 | 556.85 |
| Nov 2020 | 125.70 | 14.33 | PMI | 113.64 | 668.22 |
| Dec 2020 | 125.70 | 122.91 | City Tax | 116.43 | 671.01 |
| Dec 2020 | | 14.33 | PMI | 102.10 | 656.68 |
| Jan 2021 | 125.70 | 14.33 | PMI | 213.47 | 768.05 |
| Feb 2021 | 125.70 | 14.33 | PMI | 324.84 | 879.42 |
| Mar 2021 | 125.70 | 14.33 | PMI | 436.21 | 990.79 |
| Apr 2021 | 125.70 | 14.33 | PMI | 547.58 | 1,102.16 |
| | $1,508.40 | $1,508.40 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 547.58. Your starting
balance (escrow balance required) according to this analysis should be $1,102.16. This means you have a shortage of 554.58.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 60 months.
We anticipate the total of your coming year bills to be 1,508.40. We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $125.70 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $9.24 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $134.94 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $417.13 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

 Detach Here